Matter of Wyatt II. (Rebecca JJ.) (2023 NY Slip Op 03060)

Matter of Wyatt II. (Rebecca JJ.)

2023 NY Slip Op 03060

Decided on June 8, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:June 8, 2023

535494 
[*1]In the Matter of Wyatt II., a Neglected Child. Greene County Department of Social Services, Respondent; Rebecca JJ., Appellant.

Calendar Date:April 25, 2023

Before:Garry, P.J., Egan Jr., Lynch, Fisher and McShan, JJ. 

Constantina Hart, Kauneonga Lake, for appellant.
Greene County Department of Social Services, Catskill (Margot Cullen of counsel), for respondent.
Monica M. Kenny-Keff, Cairo, attorney for the child.

Garry, P.J.
Appeal from an order of the Family Court of Greene County (Charles M. Tailleur, J.), entered May 11, 2022, which, in a proceeding pursuant to Family Ct Act article 10, denied respondent's motion to terminate placement of the subject child.
Respondent (hereinafter the mother) is the mother of two children: one child (born in 2020) who is the subject of this proceeding and one child (born in 2016) who is the subject of another proceeding that is also presently before us (Matter of Eli KK. [Rebecca JJ.], ___ AD3d ___ [3d Dept 2023] [decided herewith]). Both children were removed from the mother's care in March 2021, on her consent, and placed in the custody of petitioner. The mother later admitted to neglecting the children, and, following a dispositional hearing, Family Court continued the placement of the children. In March 2022, the mother moved, by order to show cause pursuant to Family Ct Act § 1062, to terminate the children's out-of-home placements. Petitioner opposed the motion, and Family Court ultimately denied it. The mother appeals.
For the reasons stated in Matter of Eli KK. (___AD3d at ___), we affirm.
Egan Jr., Lynch, Fisher and McShan, JJ., concur.
ORDERED that the order is affirmed, without costs.